

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00223-CV

Maria Lidia **GONZALEZ** et al,
Appellants

v.

**ESTATE OF IDELFONSO RAMIREZ**,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The joint motion of all parties to allow filing of a stipulated clerk's record is hereby GRANTED. Time is extended to November 17, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court